1034

THE STATE OF WASHINGTON, *Respondent*, v. J.T.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-08509-1, Anthony P. Wartnik, J., entered April 7, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. UMAR T. WIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-07631-3, Richard A. Jones, J., entered June 12, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Grosse, J.

THE STATE OF WASHINGTON, *Respondent*, v. J.E.Y., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01517-2, Patricia Hall-Clark, J. Pro Tem., entered May 27, 1997. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. HENRY J. HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-02499-6, J. Kathleen Learned, J., entered August 19, 1997. *Reversed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Grosse, J.